# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICK JOHN MORALES JR.,<br><br>Defendant. | CR 20-58-GF-BMM<br><br><br><br>AMENDED ORDER |

Upon Petition of Paulette L. Stewart, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (for prosecution) directing the United States Marshal for the District of Montana; the Warden, Montana Department of Corrections, START Correctional Facility – Connections Corrections Program, Anaconda, Montana; and the Director, START Correctional Facility – Connections Corrections Program, to produce Rick John Morales Jr. before the Court at the Magistrate Judge's Courtroom in Great Falls, Montana, at 3:00 p.m. on Tuesday, December 8,

1

2020. Rick John Morales Jr. is to stay in federal custody until Judgment in this cause is issued. Rick John Morales Jr. shall then be returned to the custody of the Montana Department of Corrections, START Correctional Facility – Connections Corrections Program, Anaconda, Montana.

DATED this 10th day of November, 2020.

/s/ John Johnston
John Johnston
United States Magistrate Judge