IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-58-GF-BMM-JTJ |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| RICK JOHN MORALES JR., | |
| Defendant. | |

## I.   Synopsis

Defendant Rick John Morales Jr. (Morales) has been accused of violating the conditions of his supervised release. (Doc. 218). Morales admitted the alleged violation. Morales's supervised release should be revoked.  Morales should be sentenced to custody for 90 days, with 33 months of supervised release to follow. Upon beginning the term of his supervised release, Morales shall be placed in a sober living facility at the direction of his probation officer.

### Status

Morales pled guilty on November 16, 2021, to the offense of Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 113(a)(6) and 1153(a) and 2, as charged in Count I of the Superseding Indictment. (Doc. 134).

Morales was sentenced to 54 months of custody followed by three years of supervised release. (Doc. 145). Morales's current term of supervised release began on February 6, 2026.

**Petition**

On June 2, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Morales's supervised release. (Doc. 218). The Petition alleged Morales violated conditions of his supervised release by: (1) being terminated from his placement at the Great Falls Pre-Release Center on May 29, 2026, for excessive disciplinary infractions.

**Initial Appearance**

Morales appeared before the Court on June 23, 2026. Morales was represented by counsel. Morales stated that he had read the Petition and that he understood the allegation against him. Morales waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

Morales appeared before the Court on June 23, 2026. Morales admitted that he had violated the conditions of supervised release as set forth in the Petition. Morales' violation is serious and warrants revocation of his supervised release.

**Sentencing hearing**

Morales appeared before the Court on June 23, 2026. Morales's violations are Grade C.  His criminal history category is III.  Morales's underlying offenses are each a Class C felony.  Morales could be incarcerated for up to 24 months.  Morales could be ordered to remain on supervised release 36 months less any custody time imposed.  The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

## II.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3),  Morales's supervised release should be revoked.  Morales should be sentenced to custody for 90 days, with 33 months of supervised release to follow. Upon beginning the term of his supervised release, Morales shall be placed in a sober living facility at the direction of his probation officer. This sentence is sufficient but not greater than necessary.

## III.    Conclusion

The Court informed Morales that the above sentence would be recommended to the Chief United States District Judge Brian Morris.  The Court also informed Morales of his right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Morales that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

That RICK JOHN MORALES JR. has violated the conditions of his supervised release by  (1) being terminated form his placement at the Great Falls Pre-Release Center on May 29, 2026, for excessive disciplinary infractions.

The Court **RECOMMENDS:**

That the District Court revoke Morales's supervised release and sentence Morales to custody for a term of 90 days,  with 33 months of supervised release to follow. Upon beginning the term of his supervised release, Morales shall be placed in a sober living facility at the direction of his probation officer.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C. § 636(b)(1).  A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 23rd day June 2026.

John Johnston
United States Magistrate Judge