**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-20-58-GF-BMM-2 |
| Plaintiff, | |
| vs. | |
| RICK JOHN MORALES, JR, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and

Recommendations in this matter on June 23, 2026. (Doc. 226.)

When a party makes no objections, the Court need not review *de novo* the

proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-

52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v.*

*Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on June 23, 2026. (Doc. 221.) The United States accused Rick Morales, Jr. (Morales) of violating the conditions of his supervised release by: (1) being terminated from his placement at the Great Falls Pre-Release Center on May 29, 2026, for excessive disciplinary infractions.. (Doc. 218.)

At the revocation hearings, Morales admitted that he had violated condition of his supervised release as set forth in the Petition. (Doc. 221.)

Judge Johnston recommended a sentence Morales should be sentenced to custody for 90 days, with 33 months of supervised release to follow. Upon beginning the term of his supervised release, Morales shall be placed in a sober living facility at the direction of his probation officer. (Doc. 226.) The Court advised Morales of his right to appeal and to allocute before the undersigned. (Doc. 221.)

The violation Morales admitted proves serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 226) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Rick John Morales, Jr.  be sentenced for a term of custody

sentenced to custody for 90 days, with 33 months of supervised release to follow.

Upon beginning the term of his supervised release, Morales shall be placed in a

sober living facility at the direction of his probation officer

DATED this 9th day of July 2026.

Brian Morris, Chief District Judge
United States District Courts